**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| GREGORY YARNELL WILLIAMS,  )<br>)<br>Petitioner,  )<br>)<br>vs.  )<br>)<br>MIKE MULLEN, Warden,  )<br>)<br>Respondent.  ) | Case No.  CIV-08-0479-F |

### ORDER

This action seeks habeas relief under 28 U.S.C. § 2254.  Petitioner appears *pro se*, and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this matter on September 30, 2008, recommending that the petition be denied. (Doc. no. 16.)  Petitioner filed a timely objection to the Report, objecting to the magistrate judge's recommended findings and conclusions.  (Doc. no. 17.) Accordingly, the court reviews all issues *de novo*.

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations.  The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any additional analysis here.  Accordingly, the Report and Recommendation of Magistrate

Judge Couch is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety. The Petition for a Writ of Habeas Corpus is **DENIED**.

Dated this 24th day of November, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0479p002.wpd